No. 564, Misc.   THOMAS v. ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 566, Misc.   SAM v. CRANOR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.   Supreme Court of Washington.   Certiorari denied.

No. 567, Misc.   SCHILACI v. ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 571, Misc.   McGEE v. ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 572, Misc.   RICHTER v. SWENSON, WARDEN.   Supreme Court of Minnesota.   Certiorari denied.

No. 576, Misc.   KARAFA v. NEW JERSEY.   Supreme Court of New Jersey.   Certiorari denied.

No. 591, Misc.   ESTEP v. SKEEN, WARDEN.   Supreme Court of Appeals of West Virginia.   Certiorari denied.

No. 597, Misc.   EDWARDS v. SWYGERT, U. S. DISTRICT JUDGE, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 613.   SHANNON v. UNITED STATES, *ante,* p. 952;
No. 623.   FERROLINE CORPORATION v. GENERAL ANILINE & FILM CORP., *ante,* p. 953;
No. 353, Misc.   SEVERA v. PENNSYLVANIA, *ante,* p. 922;
No. 378, Misc.   SEVERA v. MALPASS, PAROLE OFFICER, *ante,* p. 923;
No. 402, Misc.   POWELL v. UNITED STATES, *ante,* p. 961; and
No. 470, Misc.   PALAKIKO ET AL. v. HARPER, WARDEN, *ante,* p. 956.   Petitions for rehearing denied.